THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Daniel Shannon, Appellant.
 
 
 

Appeal From Lexington County
 William P. Keesley, Circuit Court Judge
Unpublished Opinion No. 2008-UP-115
Submitted February 1, 2008  Filed
 February 13, 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Daniel
 Shannon appeals his guilty pleas to
 murder, armed robbery, and second-degree arson.  On appeal, Shannon maintains
 his guilty pleas failed to conform with the mandates set forth in Boykin v.
 Alabama, 395 U.S. 238 (1969), because the plea court failed to advise him
 of his right to remain silent.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Shannons appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
ANDERSON, SHORT, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.